


Shan Davis (SBN 9323)
**SHAN DAVIS & ASSOCIATES**
**DBA DAVIS|STIBOR**
410 S. Rampart Blvd., Ste. 390
Las Vegas, NV  89101
Telephone: (702) 726-6885
Fax: (702) 933-1464
shandavis@cox.net

Steven R. Dunn
**Dunn Firm, P.C.**
5420 LBJ Freeway, Suite 577
Dallas, Texas 75240
Telephone: (214) 692-5533
Fax: (214) 692-5534
steven@dunnlawfirm.net
*pro hac vice application pending*

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Michael Whiteman,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DIVERSIFIED CONSULTANTS, INC., and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:12-cv-2139-APG-GWF<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SET ASIDE DEFAULT** |

　　　Based on Defendant's Unopposed Motion to Set Aside Default, and good cause appearing therefore,

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Set Aside Default is GRANTED.

DATED this 17th day of June, 2013.

BY THE COURT:

_____
The Honorable Andrew P. Gordon
United States District Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 14, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following persons:

David Krieger
5041 North Rainbow Boulevard
Las Vegas, Nevada 89130
davidkreiger@hainesandkreiger.com

                                              /s/ Shan Davis
                                              Shan Davis