**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL WHITEMAN,  )
        Plaintiff,  )    Case No.  2:12-cv-02139-APG-GWF
vs.  )    **ORDER**
DIVERSIFIED CONSULTANTS, INC.,  )
        Defendant.  )

This matter is before the Court on Defendant's Emergency Motion to Quash and Request to Extend Discovery Deadline to Conduct Rescheduled Depositions (#49), filed on January 14, 2014.

On January 14, 2014, the undersigned conducted a telephone conference with counsel for the parties regarding the depositions scheduled for January 15, 2014.  The Court resolved that dispute by authorizing the postponement of the pending depositions due to a medical emergency involving Defendant counsel's child.  The Court granted Plaintiff leave to file a motion for recovery of fees and costs associated with the postponement of the January 15, 2014 depositions, such as witness fees, and court reporter and videographer fees.

The Court directs the parties to confer and submit a proposed stipulation to extend the discovery period if necessary, to complete the postponed depositions.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Emergency Motion to Quash and Request to Extend Discovery Deadline to Conduct Rescheduled Depositions (#49) is **granted** subject to the foregoing provisions of this Order.

DATED this 15th day of January, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge