**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL WHITEMAN, ) | |
|        Plaintiff, ) | Case No.  2:12-cv-02139-APG-GWF |
| vs. ) | **ORDER** |
| DIVERSIFIED CONSULTANTS, INC., ) | Motion to Withdraw as Counsel (#58) |
|        Defendant. ) | |

      This matter comes before the Court on Shan Davis' Motion to Withdraw as Counsel (#172) for Diversified Consultants, Inc., ("Defendant"), filed on April 09, 2014.  Counsel represents that Defendant has failed to fulfill its financial obligations to counsel and has failed to respond to his communications.  Local Rule IA 10-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel."  The Court finds Counsel establishes good cause for the withdrawal.  Accordingly,

      **IT IS HEREBY ORDERED** that Shan Davis' Motion to Withdraw as Counsel for Defendant (#58) is **granted**.

      **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Defendant to the civil docket in this case:

      Diversified Consultants, Inc.
      10550 Deerwood Parkway, #309
      Jacksonville, FL 32256

      **IT IS FURTHER ORDERED** that the Clerk shall deliver a copy of this Order to Defendant at the above-listed address.

...

**IT IS FURTHER ORDERED** that Defendant Diversified Consultants, Inc. must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.,* 3 F.3e 1244, 1245 (9th Cir. 1993). Defendant Diversified Consultants, Inc. Shall have until **May 13, 2014** to retain new counsel in this matter.

DATED this 30th day of April, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge