# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL WHITEMAN, ) | |
| Plaintiff, ) | Case No. 2:12-cv-02139-APG-GWF |
| vs. ) | **ORDER** |
| DIVERSIFIED CONSULTANTS, INC., ) | |
| Defendant. ) | |

The parties filed a Joint Stipulation and Order to Stay Case for Sixty (60) Days (#64) on June 18, 2014, advising the Court the parties were actively engaging in good faith settlement negotiations. The Court granted the 60 day stay (#65) on June 19, 2014. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **September 8, 2014** advising the Court the status of the settlement.

DATED this 28th day of August, 2014.

GEORGE FOLEY, JR.
United States Magistrate Judge