# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL WHITEMAN,<br><br>     Plaintiff,<br><br>vs.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>     Defendant. | Case No.  2:12-cv-02139-APG-GWF<br><br>**ORDER** |

   Plaintiff filed a Status Report re Settlement (#72) on November 18, 2014, advising the Court the parties were continuing to engage in good faith settlement negotiations.  Plaintiff requested an additional 30 days to finalize the settlement terms and lodge the Joint Motion for Dismissal.  To date, no dismissal has been filed with the court.  Accordingly,

   **IT IS ORDERED** counsel for the parties shall file a status report by **January 5, 2015** advising the Court the status of the settlement.

   DATED this 22nd day of December, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge